# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK EMEKA IFEDIBA,** | } | |
| | } | |
| Petitioner, | } | Case Number: 2:24-cv-08018-RDP |
| | } | 2:18-cr-00103-RDP-GMB |
| v. | } | |
| | } | |
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| Respondent. | } | |

## ORDER

In accordance with the accompanying memorandum opinion, it is **ORDERED** that Defendant Patrick Emeka Ifediba's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 1; Case No. 2:18-cr-00103-RDP-GMB, Doc. # 397) is **DENIED**.

**DONE** and **ORDERED** this November 14, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE